[No. 6750–1.   Division One.   December 17, 1979.]

*In the Matter of the Marriage of* LORRAINE HOWLETT,
*Respondent, and* CHARLES FRANK HOWLETT,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–72910, T. Patrick Corbett, J., entered June 12, 1978. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Swanson, A.C.J., and James, J.

[No. 6846–1.   Division One.   December 17, 1979.]

ALLA V. KREIDER, *Respondent,* v. SATELLITE SERVICE, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 815332, Stanley C. Soderland, J., entered July 31, 1978. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Swanson, A.C.J., and James, J.

[No. 6857–1.   Division One.   December 17, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL BERNARD SPENCER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–1–00137–2, John F. Wilson, J., entered August 4, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Callow, C.J., and Dore, J.

[No. 6978–1.   Division One.   December 17, 1979.]

THOMAS G. EDEN, ET AL, *Appellants,* v. LORRAINE J. CAMARDELLA, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 39090, Harry A. Follman, J., entered September 5, 1978. *Affirmed* by unpublished opinion per Swanson, A.C.J., concurred in by Dore and Ringold, JJ.